Susan L. BURTON, Appellant,

v.

The MERIT SYSTEM COMMISSION OF
JACKSON COUNTY, MISSOURI,
Respondent.

No. WD 49922.

Missouri Court of Appeals,
Western District.

Feb. 28, 1995.

Thomas G. Locke, Independence, for appellant.

Janice Earlene Farr, Kansas City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from order of circuit court affirming decision of Jackson County Merit System Commission upholding appellant's termination of employment.

Affirmed. Rule 84.16(b).